**Opinion issued September 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00500-CR
_____

### IN RE PATRICIA ANN POTTS, Relator

---

**Original Proceeding on Petition for Writs of
Habeas Corpus, Mandamus, and Prohibition**

---

### MEMORANDUM OPINION

Relator, Patricia Ann Potts, has filed a petition requesting various writs of

habeas corpus, mandamus, and prohibition.* We **deny** the petition. Any pending

motions are dismissed as moot.

---

\*     Relator identifies the underlying criminal cases as cause numbers 2057643, 2070206, and 2080649 in the County Criminal Court at Law No. 11 of Harris County and cause number 1504370 in the 262nd District Court of Harris County. Although not listed among the underlying cases, relator also requests relief relating to a civil case identified as cause number 2009-74161 in the 11th District Court of Harris County.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).